**LAW OFFICES OF**
**Mitchell S. Segal**
P.C.

**VIA ECF**  March 2, 2025

Honorable Magistrate Judge Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: Yaroslav Suris v. Etrailer Corporation and Etrailer WH-SLC, LLC
           Joint Letter of Settlement
           Case No. 1:24-cv-08432-VMS

Dear Judge Vera M. Scanlon:

    I, Mitchell Segal, Esq. represent Plaintiff Yaroslav Suris ("Plaintiff") in the above-referenced matter. I write jointly with Defendants' Counsel to inform the Court that the parties have reached a settlement in principle. We anticipate that the parties will finalize and execute their settlement agreement and file a stipulation of dismissal with prejudice within the next forty-five (45) days. Given that the parties have resolved the litigation, we respectfully request that this Court adjourn all pending dates *sine die*—including the Initial Conference which is scheduled for 3/25/2025 at 3:30 PM via Zoom.

    We thank the Court for its attention to this matter.

                                    Respectfully submitted,
                                    /s/ Mitchell Segal
                                    Mitchell Segal, Esq.

cc: Joseph J. Lynett, Esq. (via ECF)